WENDY A. JOHNSON
Assistant U.S. Attorney
U.S. Attorneys Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Wendy.Johnson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
OCT 0 3 2022
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 22- 81 -GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CYBERSTALKING |
| JICARILLA JUAN TIZNADO, | Title 18 U.S.C. §§ 2261A(2)(B) and 2261(b) (Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |
| Defendant. | |

THE GRAND JURY CHARGES:

That from approximately June 2020 until present, at Poplar, in Roosevelt County, in the State and District of Montana, and elsewhere, the defendant, JICARILLA JUAN TIZNADO, with the intent to injure, harass, and intimidate, and place under surveillance with the intent to injure, harass, and intimidate

1

another person, used any interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress, in violation of 18 U.S.C. § 2261A(2)(B).

A TRUE BILL.

Foreperson signature redacted. Original document

FOREPERSON

JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2